U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

**FILED**

JUN 1 8 2015

CLERK, U.S. DISTRICT COURT
By _____
                Deputy

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

### MINUTE ORDER

| | |
|---|---|
| Type hearing: | Arraignment - **NON-EVIDENTIARY** |
| Case number: | 4:15-CR-151-O |
| Defendants: | Tonya Blackwood (3) Chance Brooks (4), sworn |
| Court Reporter: | Digital |
| Interpreter: | n/a |
| US attorney: | Shawn Smith |
| Defense attorney: | Robert Kersey for (03) and Vince Wisely (4) |
| Time in Court: | 3 minutes |
| Judge: | Magistrate Judge Jeffrey Cureton |
| Date of hearing: | June 18, 2015 |
| Status: | Defs ~~The Court~~ entered pleas of not guilty as to count one of the one-count indictment |

| | |
|---|---|
| Days in Court: | one |
| Hearing concluded: | Yes |
| Deputy Clerk: | Julie Harwell |

Other Information: