**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**NORTHEN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

RECEIPT FOR EXHIBIT(S)

DATE: _6-18-15_

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JUN 1 8 2015

CLERK, U.S. DISTRICT COURT
By _____
Deputy

RE:  Exhibit(s) in 4: _15 CR 151-O (03)_
USA v. _Tonya Blackwood_

TO ATTORNEY: _Shawn Smith_

Enclosed are exhibit(s) that were introduced in the above styled and numbered case at a hearing held today before Magistrate Judge Jeffrey Cureton.

Although this case is pending as to this defendant, it is the Court's policy that custody of all exhibit(s) be held by the attorney that submitted the exhibit(s) to the Court.

Please acknowledge receipt of the exhibit(s) by signing the acknowledgment below and returning to the District Clerk's Office.

Sincerely,
Karen Mitchell, Clerk

BY _[signature]_
Deputy Clerk

Enclosure
_Gov't Exh. 1+2_

ACKNOWLEDGMENT

_[signature]_ _____       _6/18/15_ _____
Signature                        Date received