ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

AUG 1 2 2015

CLERK, U.S. DISTRICT COURT
By _____
            Deputy

UNITED STATES OF AMERICA

v.

TONYA BLACKWOOD          (03)
WINFRED MORGAN TRAMMEL (22)

No. 4:15-CR-151-O
**(Supersedes Indictment returned June 10,
2015, as to defendants Tonya Blackwood and
Winfred Morgan Trammel only)**

## SUPERSEDING INDICTMENT

The Grand Jury Charges:

### Count One
Conspiracy to Possess with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C. § 846)

Beginning in or before July 2014, and continuing until in or around June 2015, in

the Fort Worth Division of the Northern District of Texas, and elsewhere, defendants

**Tonya Blackwood** and **Winfred Morgan Trammel**, along with Alisha Feeney, Amanda

Means, Charles Deeds, Christina Pugh, Shanda Hawkins, Gavin Seguin, and Chance

Brooks, not named as defendants herein, as well as others both known and unknown, did

knowingly and intentionally combine, conspire, confederate, and agree to engage in

conduct in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B), namely to possess with intent

to distribute 50 grams or more of a mixture and substance containing a detectable amount

of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 846 (21 U.S.C. §§ 841(a)(1) and (b)(1)(B)).

A TRUE BILL

_____
FOREPERSON

JOHN R. PARKER
UNITED STATES ATTORNEY

_____
SHAWN SMITH
Assistant United States Attorney
Texas State Bar No. 24033206
801 Cherry Street, Suite 1700
Fort Worth, Texas  76102
Telephone:  817.252.5200
Facsimile:  817.252.5455

**Superseding Indictment – Page 2**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

VS.

TONYA BLACKWOOD (03)
WINFRED MORGAN TRAMMEL (22)

SUPERSEDING INDICTMENT

21 U.S.C. § 846
(21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

Conspiracy to Possess with Intent to Distribute a Controlled Substance
(1 COUNT)

A true bill rendered:

-----------------------------------------------------------------------------------------------------

FORT WORTH                                                              FOREPERSON

Filed in open court this 12th day of August, A.D. 2015.

-----------------------------------------------------------------------------------------------------

Defendants Blackwood (03) & Trammel (22) on Pretrial Release.

-----------------------------------------------------------------------------------------------------

UNITED STATES MAGISTRATE JUDGE