IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:15-CR-151-O |
| TONYA BLACKWOOD (03)<br>WINFRED MORGAN TRAMMEL (22) | |

ENTRY OF APPEARANCE AS CO-COUNSEL FOR
THE UNITED STATES OF AMERICA

    Jay Weimer, Assistant United States Attorney, enters his appearance as co-counsel for the United States of America in this case. Assistant United States Attorney Shawn Smith has the responsibility as the lead prosecutor in this case on behalf of the United States of America. The United States requests that all notices relating to this case be sent to the undersigned.

            Respectfully submitted,

            JOHN R. PARKER
            UNITED STATES OF ATTORNEY

            */s/ Jay Weimer*
            JAY WEIMER
            Assistant United States Attorney
            State Bar of Texas #24013727
            Burnett Plaza, Suite 1700
            801 Cherry Street, Unit 4
            Fort Worth, Texas   76102-6882
            Telephone:   817-252-5200
            Facsimile: 817-252-5455

## CERTIFICATE OF SERVICE

      I hereby certify that on August 31, 2015, I electronically filed the foregoing document with the clerk for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.   The electronic case filing system sent a "Notice of Electronic Filing" to the following parties who have consented in writing to accept this Notice as service of this document by electronic means:   Robert Kersey and Leigh Davis, counsel for defendants.

                                               */s/ Jay Weimer*
                                               SHAWN SMITH
                                               Assistant United States Attorney