IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.

TONYA BLACKWOOD (03)
WINFRED MORGAN TRAMMEL (22)

No. 4:15-CR-151-O

**GOVERNMENT'S EXHIBIT LIST**

| **EXHIBIT NUMBER** | **SPONSORING WITNESS** | **DESCRIPTION OF EXHIBIT** | **IDENTIFIED** | **OFFERED** | **ADMITTED** |
|---|---|---|---|---|---|
| 1. | McCurdy | Relevant data from Blackwood's cellphone seized in March 2014 | ___________ | __________ | _________ |
| 2. | Keisler/ Finney | Relevant data from Blackwood's cellphone(s) seized in January 2015 | ___________ | __________ | _________ |
| 3. | Keisler/ Allison | Methamphetamine seized from Blackwood in January 2015 | ___________ | __________ | _________ |
| 4. | Allison | Lab report | ___________ | __________ | _________ |
| 5. | Keisler | Recorded confession of Blackwood | ___________ | __________ | _________ |
| 6. | Crum | Transcript of confession | ___________ | __________ | _________ |
| 7. | Exhibit Number Not Used | | | | |
| 8. | Dendy/ McCurdy | Facebook posting of Tonya Blackwood | ___________ | __________ | _________ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 9. | Finney | Relevant data from Shanda Hawkins's cellphone | ___________ | ___________ | _________ |
| 10. | Self-authenticating | Plea paperwork for Amanda Means | ___________ | ___________ | _________ |
| 11. | Self-authenticating | Proffer letter for Amanda Means | ___________ | ___________ | _________ |
| 12. | Self-authenticating | Plea paperwork for Alisha Feeney | ___________ | ___________ | _________ |
| 13. | Self-authenticating | Proffer letter for Alisha Feeney | ___________ | ___________ | _________ |
| 14. | Self-authenticating | Plea paperwork for Christina Pugh | ___________ | ___________ | _________ |
| 15. | Self-authenticating | Proffer letter for Christina Pugh | ___________ | ___________ | _________ |
| 16. | Self-authenticating | Plea paperwork for Gavin Seguin | ___________ | ___________ | _________ |
| 17. | Self-authenticating | Proffer Letter for Gavin Seguin | ___________ | ___________ | _________ |
| 18. | Self-authenticating | Plea paperwork for Jessica Judge | ___________ | ___________ | _________ |
| 19. | Self-authenticating | Proffer Letter for Jessica Judge | ___________ | ___________ | _________ |

Respectfully submitted,

JOHN R. PARKER
UNITED STATES OF ATTORNEY

*/s/ Shawn Smith*
SHAWN SMITH
Assistant United States Attorney
State Bar of Texas #24033206
Burnett Plaza, Suite 1700
801 Cherry Street, Unit 4
Fort Worth, Texas 76102-6882
Telephone: 817-252-5200
Facsimile: 817-252-5455

## CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2015, I electronically filed the foregoing document with the clerk for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following parties who have consented in writing to accept this Notice as service of this document by electronic means: Robert Kersey and Leigh Davis, counsels for defendants.

*/s/ Shawn Smith*
SHAWN SMITH
Assistant United States Attorney