IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| v. | No. 4:15-CR-151-O |
| TONYA BLACKWOOD           (03)<br>WINFRED MORGAN TRAMMEL   (22) | |

## GOVERNMENT'S WITNESS LIST

TO THE HONORABLE UNITED STATES DISTRICT JUDGE REED O'CONNOR:

The United States Attorney for the Northern District of Texas, by and through the undersigned Assistant United States Attorney, files this Government's Witness List and would respectfully show this Court as follows:

| | **Witness** | **Sworn** | **Testified** |
|---|---|---|---|
| 1. | Sgt. Craig Berry, Keller Police Department<br><br>Sgt. Berry will testify about the arrest of Tonya Blackwood on July 9, 2004. | | |
| 2. | Cpl. Jason Carter, White Settlement Police Department<br><br>Cpl. Carter will testify about the arrest of Tonya Blackwood on April 10, 2014. | | |
| 3. | Cpl. K. Keisler, Fort Worth Police Department<br><br>Cpl. Keisler will testify about the arrest of Tonya Blackwood on January 6, 2015, to include the seizure of methamphetamine. | | |

**Government's Witness List - Page 1 of 5**

|  | **Witness** | **Sworn** | **Testified** |
|---|---|---|---|
| 4. | Officer T. Verrett, Fort Worth Police Department<br><br>Officer Verrett will testify about the arrest of Tonya Blackwood on January 6, 2015, to include the seizure of cellphones and the taking of her post-arrest statement. | | |
| 5. | DEA TFO Perry Moore<br><br>TFO Moore is one of the case agents on the case and will testify retrieving evidence in the case. | | |
| 6. | Jason Earl Allison, Sr. Forensic Scientist<br><br>Mr. Allison will testify as to his opinion on evidence he tested. | | |
| 7. | HSI Special Agent Mike McCurdy<br><br>Agent McCurdy will testify about cellular telephones seized from Tonya Blackwood. | | |
| 8. | Amanda Means<br><br>Ms. Means will testify about her knowledge of Tonya Blackwood's drug dealing activities. | | |

| | **Witness** | **Sworn** | **Testified** |
|---|---|---|---|
| 9. | Alisha Feeney<br><br>Ms. Feeney will testify about her knowledge of Tonya Blackwood and Winfred Trammel's drug dealing activities. | | |
| 10. | DEA TFO Cy Crum<br><br>TFO Crum is one of the case agents on the case and will testify about his knowledge of the case. | | |
| 11. | Deputy Jeremy Blackman, Stephens County Sherriff's Office<br><br>Deputy Blackman will testify about the arrest of Winfred Trammel on November 3, 2007. | | |
| 12. | Officer Bacel Cantrell, Breckenridge Police Department<br><br>Officer Cantrell will testify about the arrest of Winfred Trammel on November 3, 2007 | | |
| 13. | Deputy James Elliott, Stephens County Sherriff's Office<br><br>Deputy Elliott will testify about the arrest of Winfred Trammel on August 16, 2013. | | |
| 14. | ATF Agent Chris Smith<br><br>Agent Smith will testify about Winfred Trammel's post-arrest statement of June 15, 2015. | | |
| 15. | TXDPS CID Special Agent Samuel Dendy<br><br>Agent Dendy will testify about Winfred Trammel's post-arrest statement of June 15, 2015, and information about Tonya Blackwood. | | |

**Government's Witness List - Page 3 of 5**

|  | **Witness** | **Sworn** | **Testified** |
|---|---|---|---|
| 16. | DEA Special Agent Brian Finney<br><br>Agent Finney is one of the case agents on the case and will testify about his knowledge of the case to include the seizure of a cellular telephone from Shanda Hawkins. |  |  |
| 17. | Jessica Judge<br><br>Ms. Judge will testify about her knowledge of Tonya Blackwood's drug dealing activities. |  |  |
| 18. | Gavin Seguin<br><br>Mr. Seguin will testify about his knowledge of Winfred Trammel's drug dealing activities. |  |  |
| 19. | Christina Pugh<br><br>Ms. Pugh will testify about her knowledge of Tonya Blackwood's drug dealing activities. |  |  |

Respectfully submitted,

JOHN R. PARKER
UNITED STATES ATTORNEY


*/s/ Shawn Smith*
SHAWN SMITH
Assistant United States Attorney
Texas State Bar # 24033206
801 Cherry Street, Suite 1700
Fort Worth, Texas   76102
Telephone: 817-252-5200
Facsimile:   817-252-5455

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 2, 2015, I electronically filed the foregoing document with the clerk for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.   The electronic case filing system sent a "Notice of Electronic Filing" to the following parties who have consented in writing to accept this Notice as service of this document by electronic means: Robert Kersey and Leigh Davis, counsels for defendants.

                                    */s/ Shawn Smith*
                                    SHAWN SMITH
                                    Assistant United States Attorney