IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 4:15-CR-151-O (03) |
| | § | |
| TONYA BLACKWOOD | § | |

## ORDER REVOKING CONDITIONS OF PRETRIAL RELEASE

On this day came on to be considered the Government's Motion to Revoke Conditions of Pretrial Release which were originally set for the defendant. Upon considering the merits of said motion and after hearing testimony with regard to the motion, the court is of the opinion that said motion should be granted.

Upon consideration of all the evidence, I find that the defendant has failed to comply with the conditions set for her release and she has not shown by clear and convincing evidence that she is likely to abide by any condition or conditions of release and that she is not a risk of non appearance unless detained.

It is therefore ordered that the Conditions of Release heretofore granted the defendant are hereby revoked, and the defendant is ordered remanded to custody pending further court proceedings.

Signed September 8, 2015

JEFFREY L. CURETON,
UNITED STATES MAGISTRATE JUDGE