IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No.   4:15-CR-151-O |
| TONYA BLACKWOOD           (03)<br>WINFRED MORGAN TRAMMEL (22) | |

ENTRY OF APPEARANCE AS CO-COUNSEL

The Acting United States Attorney for the Northern District of Texas, John R. Parker, hereby respectfully advises the Court and all parties in interest that Special Assistant United States Attorney Dan Cole enters his appearance as co-counsel in the above-styled and numbered case.

Accordingly, it is requested that the clerk of the Court enter the name of Dan Cole as co-counsel of record for the United States of America and that all notices relating to this case be sent to the undersigned.

JOHN R. PARKER
UNITED STATES ATTORNEY

*/s/Dan Cole*
DAN COLE
Special Assistant United States Attorney
State Bar of Tennessee No. 017929
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone:   817-252-5200
Facsimile:   817-252-5455

**Entry of Appearance as Co-Counsel - Page 1**

## CERTIFICATE OF SERVICE

      I hereby certify that on September 22, 2015, I electronically filed the foregoing document with the clerk for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.   The electronic case filing system sent a "Notice of Electronic Filing" to the following attorney of record who has consented in writing to accept this Notice as service of this document by electronic means: Robert J. Kersey, counsel for Tonya Blackwood, and Leigh Davis, counsel for Winfred Trammel.

                                          */s/Dan Cole*
                                          DAN COLE
                                          Special Assistant United States Attorney