IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

SEP 23 2015

CLERK, U.S. DISTRICT COURT
By _____
                    Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:15-CR-151-O<br>(Supersedes Indictment returned August 12, 2015, as to defendant Tonya Blackwood only) |
| TONYA BLACKWOOD (03) | |

## SUPERSEDING INFORMATION

The United States Attorney Charges:

### Count One

Conspiracy to Possess with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C. § 846)

Beginning in or around December 2014, and continuing until in or around June 2015, in the Fort Worth Division of the Northern District of Texas, and elsewhere, defendant **Tonya Blackwood,** along with Jessica Judge and Charles Deeds, not named as defendants herein, as well as others both known and unknown, did knowingly and intentionally combine, conspire, confederate, and agree to engage in conduct in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C), namely to possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 846 (21 U.S.C. §§ 841(a)(1) and (b)(1)(C)).

JOHN R. PARKER
UNITED STATES ATTORNEY

SHAWN SMITH
Assistant United States Attorney
Texas State Bar No. 24033206
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817.252.5200
Facsimile: 817.252.5455