```
                                            U.S. DISTRICT COURT
                                         NORTHERN DISTRICT OF TEXAS
IN THE UNITED STATES DISTRICT COURT         FILED
FOR THE NORTHERN DISTRICT OF TEXAS
       FORT WORTH DIVISION                 SEP 2 3 2015

                                         CLERK, U.S. DISTRICT COURT
                                         By _____
                                                  Deputy
```

UNITED STATES OF AMERICA

v.                                          No. 4:15-CR-151-O

TONYA BLACKWOOD   (03)


## WAIVER OF INDICTMENT

I, Tonya Blackwood, the above named defendant, who is accused of Conspiracy to

Possess a Controlled Substance with intent to Distribute, in violation of 21 U.S.C. § 846

(21 U.S.C. § 841 (a)(1) and (b) (1) (C)), and being advised of the nature of the charges, the

proposed Information, and of my rights, hereby waive in open court, prosecution by

Indictment and consent that the proceeding may be by Information rather than by

Indictment.


TONYA BLACKWOOD                             ROBERT KERSEY
Defendant                                  Attorney for Defendant


Affirmed in open Court this ___23d___ day of ___September___, 2015.


UNITED STATES                              JUDGE