IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:15-CR-151-O |
| TONYA BLACKWOOD (03) | |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP 2 3 2015
CLERK, U.S. DISTRICT COURT
By _____
        Deputy

# FACTUAL RESUME

**SUPERSEDING INFORMATION:** Count One: Conspiracy to Possess a Controlled Substance with intent to Distribute (methamphetamine) (in violation of 21 U.S.C. §§ 846; 841(a)(1) and (b)(1)(C))

**PENALTY:** $1,000,000 fine - not more than 20 years imprisonment, or both such fine and imprisonment, plus a term of supervised release of not less than 3 years.

**MAXIMUM PENALTY:**
$1,000,000 fine and not more than twenty (20) years imprisonment, plus a term of supervised release of not less than 3 years. If the defendant violates any condition of supervised release, the Court may revoke such term of supervised release and require the defendant to serve an additional period of confinement. Further the Court must impose a Mandatory Special Assessment of $100.00.

**ELEMENTS OF THE OFFENSE:**
The essential elements which must be proved beyond a reasonable doubt in order to establish the offenses charged in Count One of the Superseding Information are as follows:

First: That two or more persons, directly or indirectly, reached an agreement to distribute or possess with intent to distribute a controlled substance, as charged in the superseding information;

Second: That the defendant knew of the unlawful purpose of the agreement;

Third:   That the defendant joined in the agreement willfully, that is, with the intent to further its unlawful purpose; and

Fourth:   That the overall scope of the conspiracy involved a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

STIPULATED FACTS:

Since approximately 2014, ~~Jessica Judge and Charles Deeds,~~ and others, received methamphetamine from Tonya Blackwood ~~and Jackie Watters,~~ which they had received from others. In turn, Jessica Judge ~~and Charles Deeds~~ distributed methamphetamine to various customers in the Fort Worth, Texas area, returning to Tonya Blackwood ~~and Jackie Watters~~ for additional methamphetamine. In this manner, ~~Charles Deeds,~~ Jessica Judge, Tonya Blackwood, ~~and Jackie Watters~~ conspired with each other and others to possess with intent to distribute methamphetamine.

~~Possess a Controlled Substance with intent to Distribute, in violation of 21 U.S.C. § 846~~

(21 U.S.C. § 841 (a)(1) ~~and~~ (b) (1) (C)), and being advised of the nature of the charges, the proposed Information, and of my rights, hereby ~~waive~~ in open court, prosecution by Indictment and consent that the proceeding may be by Information rather than by Indictment.

_____
TONYA BLACKWOOD
Defendant

_____
ROBERT KERSEY
Attorney for Defendant

Affirmed in open Court this _____ day of _____, 2015.

_____
UNITED STATES   JUDGE